**No. 51694.**—Protest 73445–K of Furness Pacific, Ltd. (San Francisco).

Opinion by MOLLISON, J. It was stipulated that the lifeboats are similar in all material respects to the so-called "boat hull" covered by *Tregoning Boat Co.* v. *United States* (15 Cust. Ct. 196, C. D. 971). In accordance therewith the claim of the plaintiff was sustained.